AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means (USAO Modified 12/23)

# UNITED STATES DISTRICT COURT
for the
District of Alaska

**NOT APPROVED**

In the Matter of the Search of )
)
A black iPhone 13 seized from ) Case No. 3:25-mj-00541-KFR
Ahmodjatai Baldwin )
)
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of Alaska, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
 ☒ evidence of a crime;
 ☒ contraband, fruits of crime, or other items illegally possessed;
 ☒ property designed for use, intended for use, or used in committing a crime;
 ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances |
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances |

The application is based on these facts:

 ☒ See attached affidavit.
 ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Task Force Officer Ryan Piscoya, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means)*.

Date: _____

City and state: _____

_____
*Judge's signature*

Hon. Kyle F. Reardon, U.S. Magistrate Judge
*Printed name and title*